UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
MISSISSIPPI NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 3:23CR109DCB-ASH-1

MAURICIO CONTRERAS

## ORDER FOR CRIMINAL RECORDS

The Court accepted Defendant Mauricio Contreras' guilty plea on September 17, 2024, and scheduled sentencing for December 17, 2024. Prior to sentencing, the Court has ordered a Presentence Investigation and Report be completed. In order to complete the investigation and report, the United States Probation Office requires criminal records for the Defendant, identified as follows:

Name: Mauricio Jesus Contreras
DOB: 09/14/1988
Driver's License Number: D7460488
California State ID Number: 28327386
FBI Number: 385090RC8
California Department of Corrections Number: BD08015

It is therefore ordered, all criminal records regarding the above-identified individual be produced, including, but not limited to rap sheets, incident reports, charging documents, disposition orders, revocation orders, dates of release, and tentative dates of release. His known arrests/charges are listed below:

| Date of Arrest | Charge/Conviction<br>Agency/Court<br>Case/Docket No. |
|---|---|
| 10/25/2007 | Possession of Marijuana for Sale; El Camino Community College District Police, Torrance, CA |

| | |
|---|---|
| 01/11/2014 | Transport/Sell Narcotics/Controlled Substance/ Los Angeles Superior Court, Los Angeles, CA; Docket No.: LAXSA086401-01 |
| 01/11/2014 | Possess Controlled Substance while Armed with Loaded Firearm/Airport Courthouse, Los Angeles, CA; Docket No.: SA086401 |
| 02/04/2014 | Possession of Controlled Substance; Los Angeles Police Department, Los Angeles, CA |
| 04/01/2014 | Transport/Sell Narcotic/Controlled Substance/ Los Angeles Torrance Courthouse, Los Angeles, CA; Docket No.: XSWYA090334 |
| 05/14/2014 | 1) Transport/Sell Narcotic/Controlled Substance 2) Possession for Sale Controlled Substance; Los Angeles Police Department, Los Angeles, CA |
| 01/22/2015 | 1) Possess Marijuana for Sale 2) Possession for Sale/Sell Controlled Substance 3) Transport/Sell Narcotic/Controlled Substance; El Segundo Police Department, El Segundo, CA |
| 04/21/2015 | Possession of Controlled Substance while Armed; Los Angeles Police Department, Los Angeles, CA |
| 08/18/2016 | 1) Possession of Controlled Substance while Armed with Loaded Firearm/Los Angeles Inglewood Courthouse, Los Angeles, CA; Docket No.: INGYA094731-01 |
| 11/21/2016 | Possess Controlled Substance while Armed with Loaded Firearm/ Los Angeles Airport Courthouse, Los Angeles, CA; Docket No.: LAXSA094797-01 |

It is ordered the records be produced to the assigned United States Probation Office, as listed below, no later than **October 25, 2024**:

Allie Whitten, Senior United States Probation Officer
Southern District of Mississippi
501 E. Court Street, Suite 1.550
Jackson, Mississippi 39201
Telephone: (601) 608-4872
Facsimile: (769) 246-5722
Email: allie_whitten@mssp.uscourts.gov

**SO ORDERED AND ADJUDGED** this the 2nd day of October, 2024.

THE HONORBALE DAVID C BRAMLETTE III
SENIOR UNITED STATES DISTRICT JUDGE